In the Matter of the Claim of CLOVIS LATOURNERIE, Respondent, against WILLIAM J. CARNEY, Respondent, and NATIONAL CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award to claimant who sustained injuries to his right eye during his employment as a chef. The carrier's policy was issued to the employer named who had died previous to the accident but whose restaurant business was continued by his son, pending his appointment as administrator. The policy provided that: " the obligations and promises of the Company * * * shall not be affected * * * by the death * * *

of this Employer * * * as a result of which the conduct of this Employer's business may be and continue to be in charge of an executor, administrator * * * or other person." Award unanimously affirmed, with costs to be divided equally between the State Industrial Board and the claimant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.